**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alicia Psomas,

      Plaintiff,

v.

Olmsted County, Minnesota; Columbia
County, Wisconsin; Tikki Brown,
*Commissioner, Department of Children
Youth and Family*; Shireen Gandhi, *Acting
Commissioner of Minnesota DHS, in her
official capacity*; Dr. Brooke
Cunningham, *Commissioner of Minnesota
Department of Health*; Kari Justin, *in her
individual and official capacities*; Kari
Hohn, *in her individual and official
capacities*; Lindsey Gottschalk, *in her
individual and official capacities*; Jennifer
Adam, *in her individual and official
capacities*; Cindy Hoagland, *in her
individual and official capacities*; Sherri
Webster, *in her individual and official
capacities*; Shelly Glover, *in her
individual and official capacities*; Brenda
Kroening, *in her individual and official
capacities*; Abby Barone, *in her individual
and official capacities*; and Amy
Rauchwarter, *in her individual and official
capacities*,

      Defendants.

Civil No. 26-323 (DWF/JFD)

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation ("R&R") of

Magistrate Judge John F. Docherty dated May 8, 2026.  (Doc. No. 17.)  No objections

have been filed during the time permitted under Local Rule 72.2(b)(1).  When no

objections are filed, a district court need only review the R&R for clear error.  *See*

*Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); Fed. R. Civ. P. 72(b) advisory

committee's note to 1983 amendment, subdiv. b.

The factual background for this matter is clearly and precisely set forth in the

R&R and is incorporated by reference.  The Magistrate Judge recommended dismissing

the complaint without prejudice, denying Plaintiff's motion for temporary restraining

order as moot, and denying her motions for protective order and to seal the court record.

After a careful review of the R&R and the record, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge John F. Docherty's Report and Recommendation dated

May 8, 2026 (Doc. No. [17]) is **ADOPTED**.

2. Plaintiff's complaint (Doc. No. [1]) is **DISMISSED WITHOUT**

**PREJUDICE**.

3. Plaintiff's motion for protective order (Doc. No. [4]) is **DENIED**.

4. Plaintiff's motion to seal court record (Doc. No. [6]) is **DENIED**.

5. Plaintiff's motion for temporary restraining order (Doc. No. [8]) is

**DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 8, 2026                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge

2